JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT REESE, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:22-cv-01722-DJA <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: April 20, 2023         Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                */s/ Marc V. Kalagian*
                                MARC V. KALAGIAN
                                (*as authorized via email on April 19, 2023)
                                Attorney for Plaintiff

Dated: April 20, 2023         Respectfully submitted,

                                JASON M. FRIERSON
                                United States Attorney

                                */s/ David Priddy*
                                DAVID PRIDDY
                                Special Assistant United States Attorney
                                Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2023

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Leonard Stone
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
702-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2023

                                            */s/ David Priddy*
                                            DAVID PRIDDY
                                            Special Assistant United States Attorney